**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DIANA KROOP and SHERMAN KROOP**, on behalf of themselves and all others similarly situated, <br><br>        **Plaintiffs** <br> vs. <br><br> **LG ELECTRONICS USA, INC.,** <br><br><br>        **Defendant** | **CIVIL ACTION NO.:** <br><br><br> **CLASS ACTION COMPLAINT, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL** |

Plaintiffs Diana Kroop and Sherman Kroop, on behalf of themselves and all others similarly situated, for their Complaint against the Defendant, LG Electronics USA, Inc. ("LG"), state as follows:

**INTRODUCTION**

1.      This class action arises from the defective design of LG high efficiency (HE) top-loader washing machines.  Plaintiffs bring this action for actual damages, equitable relief, including restitution, injunctive relief, and disgorgement of profits, and all other relief available on behalf of themselves and all similarly-situated individuals and entities (the "Class" or "Class Members") who own or have owned LG high efficiency (HE) top-loader washing machines sold by the Defendant, LG Electronics USA, Inc. ("LG" or "Defendant") containing defects that cause the washing machines to stop washing cycles in the middle of cycles due to alleged "load imbalances."   The washing machines detect an "imbalanced load" in error, stop mid cycle and display the code "UE" on the washing machine control panel, which upon information and belief, is the code of an imbalance load.  However, according to consumer complaints, any and all attempts to "balance" the machine are unsuccessful.  Consumers have

reported that one load of laundry could take up to 5 or 6 hours due to the washing machine stopping the wash in the middle of a cycle numerous times (the "Imbalance Defect").

2.     LG HE top-loaders were designed to actually cut down on the time it takes to wash and dry laundry. The washing machines spin faster than washers with agitators to extract more water and cut down on drying time. However, this technology often results in "load imbalance." Before LG updated software that caused the cycles to stop mid-cycle and display a UE error code, the washing machines would fill the tub with water to try to rebalance the load. This attempted auto internal fix would never actually balance the load. As a result, the machine would fill the tub up numerous times over the course of a cycle in an attempt to rebalance the load resulting in extremely long washing cycles – the opposite of what LG HE top-loaders were designed to do.

3.     LG knew about the Imbalance Defect as early as January 2012 when it started receiving complaints from consumers. *See infra,* at ¶¶ 56-57. In fact, in February 2013 LG issued a Service Bulletin to its Dealers. The Service Bulletin provided details of the Imbalance Defect. This Service Bulletin was distributed to dealers but not the public. A copy of the Service Bulletin is attached hereto as **Exhibit A**.

4.     Then again in February 2014, LG issued another Service Bulletin providing details of the Imbalance Defect. This time the Service Bulletin added numerous other models that were affected by the Imbalance Defect. This Service Bulletin was distributed to dealers but not the public. A copy of the Service Bulletin is attached hereto as **Exhibit B.**

5.     As detailed in a consumer reports article in December 2014, in December 2013, LG updated the software to its HE top load line of washing machines due to the "imbalance issue." As reported by Consumer Reports, John Taylor, vice president of communications of LG

stated, "LG updated software on its HE top-loaders made as of December 2013 to better identify that potential problem. Rather than going into spin, the machine flashes an alert to tell owners to rebalance the load." A copy of the Consumer Reports article is attached hereto as **Exhibit C**.

6.      Despite updating the software of the washing machines manufactured in and after December 2013, the Imbalance Defect was not corrected. The washing machines require updated software *in addition* to an updated circuit board and rotor in order to correct the Imbalance Defect and for the machines to stop incorrectly pausing washings cycles numerous times due to an alleged load imbalance.

7.      LG knew, or was reckless in not knowing, at or before the time it sold the first unit, that the LG Washing Machines contained the Imbalance Defect. LG had sole and exclusive possession of this knowledge.

8.      Notwithstanding this knowledge, LG uniformly concealed this material information in its marketing, advertising, and sale of the Washing Machines, which LG knew to be defective, both at the time of sale and on an ongoing basis.

9.      At all times, LG uniformly concealed from Plaintiffs and all consumers of LG Washing Machines the Imbalance Defect and failed to remove Plaintiffs' Washing Machines from the marketplace or take adequate remedial action. Instead, LG sold and serviced Plaintiff's Washing Machine even though it knew, or was reckless in not knowing, that its Washing Machines were defectively designed and would ultimately result in washing cycles taking up to 6 times longer than normal.

10.     Furthermore, despite LG's knowledge of the Imbalance Defect, it has promoted, LG's "True Balance Technology" on its HE top-loader washing machines. Indeed, a video created and distributed by LG promotes the benefits of LG's "True Balance Technology" states,

"TrueBalance Technology automatically counter-balances uneven loads and adjusts spin speeds to further reduce vibration. Now you can wash large loads of jeans, sweatshirts or towels and enjoy a quiet, smooth wash with no concerns of vibrations." *See* https://www.youtube.com/watch?v=uYKZUS3TpfE. As detailed in this Complaint, LG's HE top-loaders' "TrueBalance Technology" actually does the opposite of what LG advertises it does – the washer's become imbalanced countless times throughout one wash cycle causing that wash cycle to take up to 6 hours to complete.

11.    As a consequence of LG's false and misleading statements and active and ongoing concealment of the Imbalance Defect, Plaintiffs and the Class Members purchased and currently own defective Washing Machines and have incurred damages.

12.    Moreover, in addition to affirmatively misleading the Class Members, LG routinely declined to provide Class Members warranty repairs or other remedies for the Imbalance Defect.

13.    Affected washing machines, include, but are not limited to, LG top load washings machines with the following model numbers: WT1101CW, WT1201CW, WT1201CV, WT4870CW, WT4901CW, WT4970CW, WT5001CW, WT5070CW, WT5101HW, WT5101HV, WT5170HV, WT5170HW (hereinafter collectively "Washing Machines"). Upon information and belief, these washing machines were made, marketed, distributed and sold by LG from 2010 to the present.

14.    Plaintiffs assert claims on behalf of themselves and the Subclass Members under the Florida Deceptive and Unfair Trade Practices Act (F.S.A. §§ 501.201-.213), the New Jersey Consumer Fraud Act (N.J.S.A. 56:8-1, *et seq.*) and Violations of the Truth-in-Consumer Contract, Warranty and Notice Act ("TCCWNA"). Plaintiffs also assert claims on behalf of

themselves and the Class for fraudulent concealment/nondisclosure, breach of implied and express warranties, Violation of Magnuson-Moss Act (15 U.S.C. §2301 *et seq.*), negligent misrepresentation, and unjust enrichment.

15.    The Class and Subclass Members could not themselves reasonably discovered the design errors, faulty materials, substandard installation and manufacturing defects in the Washing Machines before buying Washing Machines.

16.    Had LG disclosed the Washing Machines' Imbalance Defect, the Class and Subclass Members would not have bought the Washing Machines, or would have paid lower prices for them.

17.    Plaintiffs seek actual damages, injunctive relief, restitution and/or disgorgement of profits, statutory damages, attorneys' fees, costs, and all other relief available to the Class.

## PARTIES

### Defendant

18.    LG is incorporated in the state of Delaware and headquartered in Englewood Cliffs, New Jersey. LG is in the business of manufacturing and selling consumer electronics including home appliance products such as refrigerators, washers and dryers, vacuum cleaners, kitchen appliances, and residential air conditioners.

### Plaintiffs

**Diana Kroop and Sherman Kroop**

19.    Plaintiffs, Diana Kroop and Sherman Kroop, are individuals and citizens of the State of Florida, County of Palm Beach, City of Boyntnon Beach. They purchased for personal and family use an LG HE Top Load Ultra Capacity washing machine, model number WT4870CW, from Home Depot in Delray Beach, Florida on December 1, 2013.

20. Plaintiffs paid $599.00 plus tax for the LG HE top load washing machine.

21. Plaintiffs began experiencing the Imbalance Defects within one year of purchasing the washing machine.

22. Plaintiffs immediately contacted LG and was given the proverbial run-around.

23. Diana was told that LG had never heard of the problem and was instructed how to load the Washing Machine.

24. The instructions she was given were inadequate and did not cure the Imbalance Defects.

25. In or about April 2017, Mrs. Kroop called Home Depot because the Imbalance Defect had just become unbearable. Indeed, the Kroops resorted to using a laundromat and incurred over $27.00 in laundromat expenses because her own washing machine could not complete a cycle.

26. Home Depot instructed Mrs. Kroop to call Asurion – a warranty company – because she had purchased an extended warranty when the Kroops purchased their washing machine. Although Asurion agreed to reimburse the Kroops their out of pocket expenses related to their laundromat use, they could not correct the Imbalance Defect.

27. As of the date of this Complaint, LG has failed to repair the Kroop's washing machine and it still suffers from the Imbalance Defect

28. Just this week, the washing machine was unable to complete a load of two king size sheets, three pillowcases and a few towels. The load became unbalanced and Mrs. Kroop had to pull these heavy items out of the machine and rearrange them. Additionally, recently when Mrs. Kroop thinks the laundry cycle is just about over, the machine suddenly starts to refill with water and starts again.

29.    As a result of LG's failure to remedy its Washing Machines' known Imbalance Defects, the Plaintiffs have suffered various damages, including, but not limited to:

    a.   Repair and/or replacement costs;

    b.   Time spent in arranging and obtaining repairs; and

    c.   Inconvenience

## JURISDICTION AND VENUE

30.    This Court has original subject matter jurisdiction under the Class Action Fairness Act, 28 U.S.C. §§ 1332(d) and (6) because (i) the number of Class Members is 100 or more; (ii) the Class Members' damages, the aggregate amount in controversy exclusive of interest and costs, exceeds $5,000,000; and (iii) minimal diversity exists because at least one of the Class Plaintiffs and one Defendant are citizens of different states.

31.    This Court also has original subject matter jurisdiction over the Class Plaintiffs' federal statutory claim under the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.*.

32.    This Court has supplemental and pendent jurisdiction over the Class Plaintiffs' state law claims under 28 U.S.C. § 1367.

33.    Personal Jurisdiction is proper in this Court because of LG's many and important contacts with the State of New Jersey.  LG is headquartered in New Jersey and has a registered agent authorized to accept service of process in the State of New Jersey.  This Court's exercise of jurisdiction over LG offends neither notions of fair play and substantial justice, nor any other due process principles.  LG reasonably could expect to be summoned before the courts of the State of New Jersey.

34.    Venue is proper in this Court under 28 U.S.C. § 1391(b)(1).  For purposes of venue under 28 U.S.C. § 1391(b), LG, a corporation, is deemed to reside in any judicial district, including this one, in which LG is subject to personal jurisdiction at the time this action is commenced, according to 28 U.S.C. § 1391(c).  LG is subject to personal jurisdiction in this judicial district because LG regularly does business in, has places of operation in, generates substantial revenues and profits in New Jersey and can be found in this judicial district.  Venue is also proper in this judicial district under 28 U.S.C. § 1391(c), because a substantial part of the events or omissions giving rising to the Class Plaintiffs' claims took place in this judicial district.

## **BACKGROUND**

35.    LG is a leading manufacturer of consumer electronics including home appliances.  LG has designed, manufactured, warranted, marketed, advertised and sold several product lines of washing machines.  LG sells washing machines through major retail stores such as Sears, Best Buy and Lowes to consumers throughout the United States.  LG washing machines are available in three varieties: (1) Top Load washers, (2) Front Load washers, (3) TWIN load washers; and (4) Sidekick™ Pedestal washers, with retail prices ranging from $599.99 to $1,799.99.

36.    On information and belief, LG uniformly markets its washing machines as highly-rated, top-of the-line appliances.  For example, LG describes its washing machines as featuring unique patented features such as "TurboWash™ Technology," "SmartThinQ®
Technology" and "TrueBalance Anti-vibration system, which is "designed to minimize washer noise and vibration for smooth, quiet performance in any room of the house - even on the 2nd floor."  *See* LG washing machine product descriptions at http://www.lg.com/us/washers/all-

washers;    *see    also*    https://www.youtube.com/watch?v=uYKZUS3TpfE.    Consequently,

consumers are willing to pay more for LG products than those offered by competitors, even

when those products have similar features and consumers have come to expect that LG brand

products will be of high quality, durable and reliable.

**The Defect**

37.    The Washing Machines fail to perform as advertised, because their top load

washing machines continually stop washing cycles in the middle of cycles due to alleged "load

imbalances."   The washing machines detect an "imbalanced load" in error, stop mid cycle and

display the code "UE" on the washing machine control panel, which upon information and

belief, is the code of an imbalanced load.  However, according to consumer complaints, any and

all attempts to "balance" the machine are unsuccessful.

38.    LG    failed    to    adequately    design,    manufacture,    and/or    test    the    Washing

Machines to ensure they were free from defects at the time of sale.

39.    At all relevant times, Plaintiffs used their Washing Machine in a foreseeable

manner and in the manner in which they were intended to be used.

40.    The Imbalance Defect, which manifests during the expected useful life of the

Washing Machines, both within and outside applicable warranty periods, is substantially likely

to prevent the Washing Machines from performing their essential function, making it

impossible for Plaintiffs to use their Washing Machines as intended during their expected

useful life.

41.    The Imbalance Defect rendered the Washing Machines unfit for the

ordinary purpose for which washing machines are sold at the time they were sold to Plaintiffs

and members of the Class.

42.     The Imbalance Defect has necessitated and will continue to necessitate replacement of and/or costly repairs to the Washing Machines.

43.     The Washing Machines have a uniform design defect that causes the Washing Machines to stop washing due to an alleged imbalanced load.

**Plaintiffs' and Class Members' Reasonable Expectations**

44.     In purchasing their washing machine, Plaintiffs legitimately expected the washing machine to operate in accordance with all of its intended purposes – completing a load of laundry in a reasonable amount of time.

45.     Plaintiffs and the Class Members reasonably expected the Washing Machines to complete a load of wash, without interruption, and on its own without the need of assistance to redistribute the laundry in the machine within a reasonable amount of time.

46.     Plaintiffs and the Class Members reasonably expected LG to disclose the existence of a defect that was known to LG at the time of sale, namely that the Washing Machines would stop washing clothes mid cycle due a defect in software, circuit board and rotor causing wash cycles to stop numerous times due to an alleged load imbalance.

47.     Because of the Imbalance Defect, Plaintiffs' washing machine failed during its expected useful life, within or outside applicable warranty periods.

48.     As a result of the Imbalance Defect alleged herein, Plaintiffs experienced failure of their washing machine, did not get what they paid for, and have incurred actual damages.

**LG was Aware of the Defect**

49.     Before it sold the Washing Machines, LG knew, or was reckless in not knowing, that the Washing Machines contained a defect that would cause the Washing

Machines to stop washing clothes mid cycle due a defect in software, circuit board and rotor causing wash cycles to stop numerous times due to an alleged load imbalance.

50.    LG did not implement a plan to properly address the Imbalance Defect and instead manufactured and sold subsequent models that contained the same Imbalance Defect.

51.    LG customers have indicated that beginning as early as 2012 they notified and complained to LG about the Imbalance Defect.

52.    Upon information and belief, the Imbalance Defect was a known issue to LG at or about the time it began distributing Washing Machines with the components containing the Imbalance Defect.

53.    Consumers, including Plaintiffs, have complained repeatedly to LG about this Imbalance Defect, but LG refuses to properly address and rectify the problem and has failed and refused to reimburse customers for repairs, citing expired warranty periods.

54.    The following is a small sample of consumer complaints regarding the Imbalance Defect and LG's refusal to properly address it, as detailed on Amazon's website at        http://www.amazon.com/LG-WT1101-Capacity-Efficiency-SlamProof/product-reviews/B009WSPRUE/ref=cm_cr_getr_d_paging_btm_18?pageNumber=18&sortBy=recent:

   a.  By kittychang on December 4, 2013
       I bought the WT1101CW to replace a 38 year old Maytag because it was the highest rated in Consumer Reports. The WT1101CW is the worst washer I can imagine. Every small load gets unbalanced and even if you manually balance it, the machine refills with 20 gallons of wasted water to try to rebalance. It has taken 3 hours to speed wash 2 pairs of pants and some towels. Even after spinning the pants and towels are soaking wet. Even 2 king size sheets gets unbalanced. I may as well beat everything against the rocks instead of using the WT1101CW.

   b.  By Julie Reyes on January 4, 2014
       I am very disappointed with this machine. I purchased it in August because I wanted a top loader and it was ranked the highest by a well known rating agency. But I have not been able to make it work. It gives the unbalanced error on almost every load, causing the cycle to stop until I open the top and re-start it manually. *I contacted*

*customer service 3 weeks after receiving the machine and they put in a new motherboard, which didn't change anything. They have also replaced my unbalanced sensor but the problem persists.* A washing machine is meant to make life easier but this one has been nothing but trouble. Who has time to sit at home and re-start loads 3-4 times? I am awaiting response from my 3rd attempt to get this repaired. Would love to just throw this away and start fresh with another machine. Had SUCH better luck with my previous Maytag and even with a no-name rental machine I used in college. This is a terrible product (emphasis added).

c.  By Keith M. Moody on January 24, 2014
    This machine is terrible. It constantly throws an unbalanced code and wastes tons of water trying to rebalance. I have only had the washer/dryer combo for 6 months and regret it every time I wash. I literally have to babysit the washer. I recently had a load that took several hours to complete after rebalancing multiple times. I had LG service come out and see if there was a problem with the washer. I was told I was the problem. Either, I wasn't putting enough laundry in or was putting too much. I was told I would even have to skip washing a delicate item alone because the washer wasn't designed for that. I was then told that washing the blanket on my bed would not work as it was probably too heavy. I was advised to shake out every item of dirty laundry and drop individually in the tub to help with balance problems. I am sick that I have this machine and would not recommend it to my worst enemy. LG, if you read this, I want a refund!!! Worst money I ever spent on anything in my life!

d.  By Kent Hunter on January 27, 2014
    I've never had problems with unbalanced loads on other washing machines, but with this one it's a problem about once a week. What makes this really bad is the way the machine tries to fix it: it pours more water in and swishes it around to try to re-balance the clothing. Unfortunately, this leads to the following cycle:

    Start a load
    During the spin cycle, the machine decides it's unbalanced and tries to fix it.
    This fails (I'm not sure if it ever works).
    I discover that my laundry isn't ready to go into the dryer after all.
    Manually re-balance the load.
    Run another spin cycle.
    Machine decides it's still unbalanced, and proceeds to pour water on it to try to fix it.
    This fails.
    My laundry is now wetter than it was when I manually rebalanced it before.
    Repeat until you finally give up and put soaking wet clothes in your dryer for a few hours.

    I've been washing the same load (on and off) for over five hours now, and I'm sitting in front of my computer wondering whether to replace a five-month-old washing machine.

    e.  By henry j mason on March 30, 2018

        Washer becomes unbalanced 90% of the time

55.    The following are additional reviews regarding the Imbalance Defect and LG's refusal to properly address it, as detailed on Consumer Affairs' website at https://www.consumeraffairs.com/homeowners/lg_washing_machine.html

    a.  Karen of Newton Highlands, MA on: Nov. 2, 2018

        We purchased an LG WT4970CW washing machine in August 2014 from Best Buy. Shortly after using it, I noticed some of laundry would be dry on top, especially sheets. Sheets would be pulled tightly across top of drum and be completely dry - obviously were not touched by water and detergent. Then, on subsequent loads, the machine kept giving error message: UE which means the load is out of balance. Machine shuts off in middle of cycle and you have to open the lid, pull the laundry out and rearrange it, close lid and machine turns on again. However, during one load, this happened up to six times and it took me four hours to complete one load of laundry. I don't stand by the machine while it is doing its job, so when I would expect the laundry to be done, I would go to my basement only to see the UE displayed which meant it wasn't finished.

        I had a repair person come to my home last week (10/2018). He called and spoke with an LG technical support person. He explained the problem and was told I was doing the laundry incorrectly. The LG agent told him I have to wash only like items at one time. In other words, if I have a load of jeans, tee shirts, polo shirts, men's underwear, socks, I need to sort the clothes and wash the jeans separate from the shirts, separate from the underwear and socks!!! The machine goes out of balance almost every time I wash two bath towels, one hand towel, and one washcloth along with a nightgown and some underwear. The LG agent said I should only be washing towels (up to six bath towels) at one time and nothing else.

        This is not how REALITY works! It would take me a full day to do the equivalent of two loads of laundry. It would also defeat the purpose of the water-conserving feature of these new machines. I would need to do six tiny loads of laundry in place of my normal two loads. Also, I do not have enough clothing to wait until I have a full load of just underwear so it is a normal-sized load. I don't even have enough pants and shirts to wait until I have a full load of just pants to wash. This machine is only 4-1/2 years old and I have to replace it. I also bought the

extended warranty, but was only offered a one-year extension for parts only. Of course, the warranty expired in August 2016.

The repair person said there were no parts to replace or would make sense to replace, because the cost of the repair would be almost the cost of a new machine with no guarantee it would fix the problem. He told me my complaints are very common complaints he has heard over and over from his customers regarding their LG machines. The repairperson highly recommended I buy a Speed Queen TR7000 which works almost the same way my 35-year-old Maytag washer worked and it comes with a seven-year materials and labor warranty. Can't wait to give the LG machine the heave-ho and get the Speed Queen machine! I will never buy ANY LG product as long as I live

b.  Carla of Lemont, IL on July 10, 2014
    Lg top load model # WT1101CW - I have had this washer for 1 1/2 years. It takes all day to do a load of clothes. Every time you call for repair they just want to replace electronic board. That does nothing. Right now it is 6pm and I have been doing the same load of clothes since 7am. Constantly says uneven load, constantly refills and adds time when it says 13 minutes. I go back in about 15 minutes later it is filling up with water and now has more minutes. Just random amounts of time. Filling, draining, filling, draining, never spinning. It is so frustrating to try to get laundry done. There is a small 15 yr old Maytag in my basement that works better. Do not buy this washer. It is a top loader with no agitator. I Hate it!!!!!

c.  Don of Bluffdale, UT on June 4, 2015
    LG WT1101CW - Bought new just over 1 1/2 years. It worked fine for over a year and now it cannot complete a load without stopping because it is out of balance. **Had a repairman check it out and he stated that LG said it needed the new update control board at a cost of over $500.00 before he could even diagnose problems.** This is almost as much as a new machine. Obviously they are aware of a problem if the main control board is already being updated. The repairman said he could not guarantee that this would fix the problem. This machine is horrible. **Contacted LG customer service and they could not diagnose using their phone diagnostic system.** They stated they could give us a repair company name and stated the machine was out of warranty (emphasis added).

d.  Robert of China, MI on Jan. 8, 2012
    Every other load, this HE top load machine (wt5001cw) goes off balance. At the end of the spin cycle, the machine repeats the rinse/spin cycle over and over until it goes off balance or I manually stop it. This causes the clothes to never spin fully dry. **I've contacted LG and they won't do anything, because I can't find the original bill of sale from Sears** - although Sears did give me a printout showing a summary of my purchase from 10/3/2010 which includes the model number of the LG Washer, but not the purchase price.

According to a repair estimate, the parts and labor for just a new control panel will be over $400, which still does not solve the balance problem. The machine is only 14 months old and LG doesn't care. By the way, I've been using a family member's new Whirlpool HE top loader and its working great, washing the same clothes without ever going off balance. I only say this because LG will probably blame the balancing issue on the clothes or me (emphasis added).

e.  Carole of Renton, WA on Dec. 31, 2012

We bought our LG front load model WM2487HRM in 2008 and about 6 months after, it started shaking so bad that our whole house would shake. My husband put some vibration pads under the feet and these seem to help for a long time. However, the mold and regular cleaning has been terrible. In the last year, we have been using only the low spin with only using light loads. This seems to elevate the washer moving a foot, however, it now moves about a foot with all three. The low spin, only putting in half load or less with the pads under the feet as well. There are other problems too. The washer will leak from the front. The washer will sometimes not get the soap into the drum. We have tried all of these options because the set cost $3,200.00, which is ridiculous considering our problems. It will cost $800.00 to $1,200.00 to fix and at this point, we will wait and buy another. But not the same brand.

f.  Todd of Dallastown, PA on Dec. 24, 2012

*After having several service calls on my LG washer and dryer and dealing unsuccessfully with the Executive Services Department at LG, we have filed a claim with the Pennsylvania Attorney General's Office* and would encourage others who are experiencing issues with their LG equipment to do the same. As this blog is a great way to relieve some stress, it is not going to provide any long-term relief to us consumers experiencing issues with LG products. It is truly time to let our elected officials perform their duties on our behalf (emphasis added).

g.  Cindy of Swartz Creek, MI on March 24, 2012

Who is at blame, in customers being led to believe that LG makes wonderful washing machines? I agree that we all need to bring about a class action lawsuit against them. I purchased my set of washer and dryer model WM2501H on black Friday of 2010. One month later, the repair man came out and replaced the main board. Everything is fine, until the load tries to balance. This can take 45 minutes and maybe more. You are supposed to be able to do large loads. I try 2 blankets, 1 pair of pants, 2 towels and a pair of underwear. The repair people said you should mix loads, so I did. This is not always possible for the two of us. After waiting 45

minutes, my husband stopped the machine and took out one blanket and it still took 10 minutes to balance. The repair people don't tell you how your machine will age much faster by wasting all this energy and wear and tear on the machine. So much for a lower electric bill. I will never buy anything made by LG again.

h.  Celeste of Sioux Falls, SD on March 14, 2012

I will never purchase another front load washer again. You apparently are unable to off set problems with a load when it becomes unbalanced. I continually stop the washer, readjust the load but it will not complete a final spin on many items, mattress covers and various sizes of rugs or blankets. With a top load, you are able to redistribute the items and it continues the cycle with no problems!

56.    Moreover, as detailed above, John Taylor, Vice President of Communications of LG admitted that LG knew about the Imbalance Defect in 2013.    As detailed in a Consumer Reports article dated December 2014, "Taylor told us that LG updated software on its HE top-loaders made as of December 2013 to better identify that potential problem.  Rather than going into spin, the machine flashes an alert to tell owners to rebalance the load." *See* **Exhibit C**.  This is consistent with consumer complaints starting around January 2012, *see supra* at ¶¶ 54-55, and the TSBs being issued in February 2013 and February 2014.  *See* **Exhibits A and B**.

57.    However, as detailed in this Complaint, the software update does not resolve the problem but only exacerbated the imbalance problem by now causing the machine to stop washing all together during mid-cycle.

58.    According to the Consumer Report article, for some consumers who's Washing Machines have failed within the applicable warranty period, LG attempted to rectify the problem by providing the "software update."  However, that does not address the underlying Imbalance Defect.  LG was aware, had reason to know, or was reckless in not knowing that its warranty repairs would not cure or rectify the Imbalance Defect.  By providing such

ineffective warranty repairs, LG merely postponed the failure of the Washing Machines until after the expiration of applicable warranties.

**LG's Misrepresentations and Omissions**

59.    LG failed to adequately design, manufacture, and/or test the Washing Machines to ensure that they were free from the Imbalance Defect, and/or knew, had reason to know, or was reckless in not knowing of the Imbalance Defect when it uniformly warranted, advertised, marketed and sold the Washing Machines to Plaintiffs and the Class.

60.    LG did not disclose to its customers the fact that the Imbalance Defect existed at the time of sale and that the Imbalance Defect would render the Washing Machines unable to perform their essential function well before the end of their expected useful lives. Nor did LG disclose that warranty or the recommended post-warranty repairs would not cure or rectify the Imbalance Defect and would only, at best, briefly delay the impact of the Imbalance Defect and thereby postpone failure in the Washing Machines.

61.    Instead, in its uniform marketing and advertising, LG falsely represented that the Washing Machines in fact have technology that keeps the Washing Machines balanced and quiet while operating. LG uniformly markets its LG's "True Balance Technology" on its HE washing machines representing that "TrueBalance Technology automatically counter-balances uneven loads and adjusts spin speeds to further reduce vibration. Now you can wash large loads of jeans, sweatshirts or towels and enjoy a quiet, smooth wash with no concerns of vibrations." *See* https://www.youtube.com/watch?v=uYKZUS3TpfE.

62.    LG knew that consumers were unaware of the latent defect and that they reasonably expected the Washing Machines to complete loads within a reasonable amount of time. LG also knew that customers expected LG to disclose a defect that would prevent the

Washing Machines from performing their function long before the end of their expected useful lives, and that such disclosure would impact consumers' decision whether to purchase the Washing Machines. LG knew and intended for consumers to rely on its material omissions with regard to the Imbalance Defect when purchasing the Washing Machines.

63.     As a result of LG's uniform omissions and misrepresentations in its marketing and advertising, Plaintiffs believed that the Washing Machine they purchased would operate without defects, and Plaintiffs each purchased an LG Washing Machine in reliance on that belief.

64.     LG's representations that its LG Washing Machines would balance washing loads automatically and adjust spin speeds to reduce vibration were not true. LG knew or was reckless in not knowing when it sold the Washing Machines that the Imbalance Defect would manifest long before the end of the Washing Machines' expected useful lives, rendering the Washing Machines unable to balance loads automatically without constantly stopping loads mid-cycle and ultimately function properly.

65.     LG had the capacity to, and did, deceive consumers into believing that they were purchasing Washing Machines that were free from defects and could be used safely and practically to wash cloths within a reasonable time without stopping mid-cycle due to an imbalance problem. Indeed, LG expressly misrepresented that its Washing Machines balanced themselves and would not require the owners' constant intervention to manually balance loads of laundry throughout the washing cycle, *i.e.*, the "TrueBalance Technology."

66.     LG actively concealed from and/or failed to disclose to Plaintiff, the Class, and everyone, the true defective nature of the Washing Machines, and failed to remove the Washing Machines from the marketplace or take adequate remedial action. LG represented that the Washing Machines were free of defects even though it knew or was reckless in not

knowing when it sold the Washing Machines that they contained a defect that would render the Washing Machines practically unusable. Furthermore, LG sold and serviced the Washing Machines even though it knew, or was reckless in not knowing, that the Washing Machines were defective and that Plaintiffs and Class Members would be unable to use the Washing Machines for their intended purpose for the duration of their expected useful life.

67.    To this day, LG continues to misrepresent and/or conceal material information from Plaintiffs, the Class and the public about the Imbalance Defect in the Washing Machines.

**Fraudulent Concealment Allegations**

68.    Plaintiffs' claim arises in part out of LG's fraudulent concealment of the Imbalance Defect.  To the extent that Plaintiffs' claims arise from LG's fraudulent concealment, there is no one document or communication, and no one interaction, upon which Plaintiffs base their claim.  Plaintiffs allege that at all relevant times, including specifically at the time they each purchased their Washing Machines, LG knew, had reason to know, or was reckless in not knowing, of the Imbalance Defect; LG was under a duty to disclose the Imbalance Defect based upon its exclusive knowledge of it, its representations about its products, and its concealment of the Imbalance Defect; and LG never disclosed the Imbalance Defect to the Plaintiffs or anyone at any time or place or in any manner.

69.    Plaintiffs make the following specific fraud allegations with as much specificity as possible absent access to the information necessarily available only to LG:

Who:    LG, including LG's vice president of communications, John Taylor, concealed the Imbalance Defect from Plaintiffs, the Class and Subclasses.  Plaintiffs were unaware of, and therefore unable to identify, the true names and identities of all those individuals at LG responsible for such decisions.

b. What: LG knew, or had reason to know, at the time it sold the Washing Machines, or was reckless in not knowing, the fact that an existing defect in the Washing Machines would cause the Washing Machines to become unbalanced and stop washing clothes mid cycle thereby rendering the Washing Machines unable to perform their essential purpose before the end of their expected useful lives, within or outside the applicable warranty periods. Indeed, LG issued a technical service bulletin to dealers of LG washing machines, not consumers, in February 2013 and February 2014 regarding the Imbalance Defect showing they clearly knew about the Imbalance Defect. *See* **Exhibits A and B**. Moreover, as detailed above, LG's vice president of communications, John Taylor, admitted LG was aware of the Imbalance Defect in 2013. Consumer Reports interviewed Mr. Taylor about the Imbalance Defect for an article published in December 2014. Mr. Taylor stated, "that LG updated software on its HE top-loaders made as of December 2013 to better identify that potential problem. Rather than going into spin, the machine flashes an alert to tell owners to rebalance the load." *See* **Exhibit C**.

c. When: Beginning no later than January 2012, when LG began receiving consumer complaints about the Imbalance Defect, and confirmed the problem in a Service Bulletin published to dealers only in February 2013 and February 2014, LG concealed this material information at all times with respect to the Washing Machines, including before the time of sale, on an ongoing basis, and continuing to this day.

d. Where: LG concealed this material information in every communication it had with Plaintiffs and the Class and Subclass. Plaintiffs are aware of no document, communication, or other place or thing, in which LG disclosed this material

information to anyone outside of LG or its dealers by way of the technical service bulletin.    Such information appears in no sales documents, no displays, no advertisements, no warranties, no owner's manual, nor on LG's website.

e.  How:  LG concealed this material information by not disclosing it to Plaintiffs, the Class or Subclass at any time or place or in any manner, even though it knew this information and knew that it would be mportant to a reasonable consumer, and even though its omissions with regard to the Imbalance Defect and consequent premature failures of the Washing Machines were contrary to its representations about the Washing Machines.

f.  Why:   LG concealed this material information for the purpose of inducing Plaintiffs and Class and Subclass members to purchase the defective Washing Machines at full price rather than purchasing competitors' washing machines or paying LG less for the Washing Machines, given their limited utility.  Had LG disclosed the truth, Plaintiffs (and reasonable consumers) would not have bought the Washing Machines, or would have paid less for them.

## **TOLLING OF STATUTES OF LIMITATION**

70.    LG's active and knowing concealment of the problem of the Washing Machine's Imbalance Defect since 2012, and willfully false and misleading statements regarding its "TrueBalance Technology", results in the tolling of any applicable statute(s) of limitation.

71.    Plaintiffs and Class and Subclass Members could not have reasonably discovered the true reasons for their Washing Machines' Imbalance Defect until just before this Complaint was filed.

72.    LG had and still has a continuing duty to inform Class and Subclass Members of the truth that the Washing Machines' imbalance issues resulting from LG's design, manufacturing, materials and workmanship defects and failings described above, that the Imbalance Defect requires expensive repairs and diminish the use of the Washing Machines.

73.    LG's active concealment of, and breach of its duty to disclose the truth about the reasons for its Washing Machines' Imbalance Defect tolls any applicable statute(s) of limitations.

## CLASS ACTION ALLEGATIONS

74.    The Plaintiffs bring this action under Fed. R. Civ. P. 23(a), (b)(2) and (b)(3) and seek certification of a Class and Subclass initially defined as follows:

> **Class (the "Nationwide Class")**
> All persons who, at any time on or after the day six (6) years prior to the day the original Complaint was filed, purchased a new LG Washing Machine that has become imbalanced during the washing cycle or is susceptible to becoming imbalanced during the washing cycle due to the Imbalance Defect.

75.    Alternatively, Plaintiff proposes the following state specific subclasses:

> **Subclass (the "Florida Class")**
> All persons in Washington who, at any time on or after the day six (6) years prior to the day the original Complaint was filed, purchased a new LG Washing Machine that has become imbalanced during the washing cycle or is susceptible to becoming imbalanced during the washing cycle due to the Imbalance Defect.

76.    Excluded from the Class and Subclass are: LG and all of its affiliated companies, directors, officers, and employees; all persons or entities who purchased their washing machines, respectively; and the Judge(s) assigned to this case.

77.    All Plaintiffs are members of the Class and at least one Subclass.

78.     The Plaintiffs reserve the right to modify or expand the Class and Subclass if discovery and/or further investigation shows that the definitions should be modified.

79.     Questions of law and fact exist common to the members of the Class and Subclass and predominate over any questions that affect only individuals.

80.     Principal and predominant common questions of law and fact include, for example:

    a.  Were the Washing Machines defectively designed?

    b.  Did LG breach its express warranties to the Class and Subclass Members?

    c.  Did LG breach its implied warranties to the Class and Subclass Members?

    d.  Did LG breach the Magnuson-Moss Act in connection with its sales of the Washing Machines?

    e.  Did LG negligently design, manufacture, distribute, promote, market and sell the Washing Machines?

    f.  Did LG breach the New Jersey Consumer Fraud Act because LG's design, manufacture, distribution, promotion, marketing and/or sales of the Washing Machines constituted deception, fraud, false pretense, false promise, misrepresentation, unfair practice or the concealment, suppression, or omission of any material fact with the intent that the Class and Subclass Members rely upon such concealment, suppression or omission, in connection with the sale or advertisement of the Washing Machines

    g.  Did LG breach the Florida Unfair Business Practices Act because LG's design, manufacture, distribution, promotion, marketing and/or sales of the Washing Machines constituted deception, fraud, false pretense, false promise,

misrepresentation, unfair practice or the concealment, suppression, or omission of any material fact with the intent that the Subclass Members rely upon such concealment, suppression or omission, in connection with the sale or advertisement of the Washing Machines?

h. To the extent other State laws prohibiting consumer deception are applicable, did LG violate the respective laws of those States?

i. Did LG negligently misrepresent the quality of the Washing Machines and the True Balance Technology?

j. Would LG's retention of payment for the Washing Machines constitute the knowing receipt, acceptance and retention of a benefit from the Class and Subclass Members in circumstances in which such receipt, acceptance and retention of that benefit is unjust?

k. As a result of LG's actions and failures to act, are the Class and Subclass Members entitled to compensatory, restitutionary, statutory or other damages against LG?

81.    Plaintiffs' claims are typical of the claims of all of the members of the Class and Subclass because they are based on the same facts.

82.    Plaintiffs' claims are typical of the claims of all of the members of the Class and Subclass because they are based on the same legal theories.

83.    Plaintiffs' claims are typical of the claims of all of the members of the Class and Subclass because the respective claims are based on the same remedial theories and requests for redress as those of all the Class and Subclass Members.

84.     Each Class is so numerous that joining all of the Class and Subclass Members as plaintiffs in this action is impracticable.   Upon information and belief, to be supported as required by Rule 11(b)(3), during the Class Periods, LG has "sold hundreds of thousands of these washers" according to John Taylor, VP of Communications at LG.  *See* **Exhibit C**.  Based on a conservative failure rate of just ten percent (10%), and assuming that each Class Member bought only one LG Washing Machine during the Class Period, the class would consist of thousands of consumers.

85.     The Plaintiffs are not adverse to those of the Class and Subclass.

86.     The Plaintiffs have no interests that conflict with the interests of the Class and Subclass.

87.     The Plaintiffs are similarly situated with, and have suffered similar injuries, losses and other damages as the Class and Subclass members.

88.     The Plaintiffs will fairly and adequately protect the interests of all the Class and Subclass members in further investigating, developing and litigating this action, and in all related administrative and other matters concerning this action.

89.     The Plaintiffs have retained counsel experienced in complex and class action litigation, in matters involving consumer products, commercial and contractual claims, and common law and statutory claims.

90.      Neither the Plaintiffs, nor their retained counsel, have any interest that might lead them not to vigorously pursue this action.

91.      A Class Action is superior to other potentially available methods for resolving the Plaintiffs' claims, because:

a.  The individual Class and Subclass Members' damages are almost certainly too small to justify the expense and effort of individual lawsuits brought by counsel working for an hourly fee.  LG's misconduct would go unaddressed and unremedied absent class action treatment.  Aggregating these fundamentally similar claims, however, makes this action financially feasible.

b.  Even if the individual Class and Subclass Members were wealthy enough to afford to bring such individual cases, the judicial system would be ill served and its scarce resources badly misspent by a myriad of small and fundamentally identical cases involving the same basic allegations, the same discovery and the same proofs, clogging dockets across the country.

c.  Individual litigation is not just supremely impractical and tremendously inefficient, but also poses the risk of inconsistent or contradictory judgments.

d.  Concentration of the action concerning the defective Washing Machines in this Court will: save judicial resources by, among other things, obviating the need for coordination of motion practice and discovery across numerous courts and jurisdictions; conserve the parties' resources by permitting the well-focused litigation of the many common issues through representative plaintiffs;  produce enormous economies of scale by developing the many common issues through just a few representative plaintiffs; and result in consistent judicial findings, promoting respect for the judiciary and judicial system, through comprehensive supervision and administration of the case by a single court well versed in the issues.

e.  Justice will not be served, but will fail, in the absence of a class action of the Plaintiffs' claims.  Among other things, many if not all Plaintiffs lack the resources to properly litigate their claims.  Expert witnesses are necessary, the cost of which would alone be prohibitive for many if not all Plaintiffs.

f.  The difficulties inherent in and likely to arise in managing this Class Action are neither novel nor substantial.  Common issues predominate over individual issues, are readily identifiable, as described above, and will be efficiently developed through litigation of representative Class Members' cases.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION (On Behalf of Plaintiffs, Class and Subclass Members)
### Breach of Express Warranty

92.  Each of the above allegations are incorporated herein.

93.  LG made numerous express warranties to the Class Plaintiffs about the self balancing technology of the Washing Machines.  In fact, LG represented in marketing material and on its website that its HE washing machines come with "TrueBalance Technology [which] automatically counter-balances uneven loads and adjusts spin speeds to further reduce vibration. Now you can wash large loads of jeans, sweatshirts or towels and enjoy a quiet, smooth wash with no concerns of vibrations."  *See* https://www.youtube.com/watch?v=uYKZUS3TpfE.

94.  LG also expressly warranted the Plaintiffs' washing machines against defects "in materials and workmanship under normal household use."  Under the warranty, LG will "replace or repair" the Washing Machines free of charge for defects that occurred during the warranty period(s).  The warranty periods are 1 year from date of purchase for any "internal functional

parts and labor," 10 years "for the Drum Motor (Stator, Rotor, and Hall Sensor)" and lifetime for the "Stainless Steal Drum."

95.     Plaintiffs notified LG of the defects within the warranty period and LG received notification about and was on notice of the defects well before Plaintiffs began this litigation.

96.     Defendant has breached its express warranties, as set forth above, by supplying the Washing Machines in a condition which does not meet the warranty obligations undertaken by LG and by failing to repair or replace the defective Washing Machine or defective parts.

97.     Defendant has also breached its express warranty by expressly advertising that the Washing Machines come with TrueBalance Technology which "automatically counter-balances uneven loads," but supplying Plaintiffs and the Class and Subclass Members with Washing Machines that contained a defect that caused the Washing Machines to do the opposite of the advertised TrueBalance Technology – to stop mid cycle due to the Washing Machine being out of balance.

98.     Defendant has received sufficient and timely notice of the breaches of warranty alleged herein. Despite this notice and LG's knowledge, LG refuses to honor its warranty, even though it knows of the inherent defect in the Washing Machine.

99.     As a result of these breaches, the Class Plaintiffs and Class and Subclass Members sought repairs to their Washing Machines, but LG denied them warranty coverage.

100.     Plaintiffs have given Defendant a reasonable opportunity to cure its failures with respect to its warranties, and Defendant failed to do so.

101.     Defendant has failed to provide Plaintiffs or the Class and Subclass Members, as a warranty replacement, a product that conforms to the qualities and characteristics that LG expressly warranted when it sold the Washing Machines to Plaintiffs and the Class.

102.    The time limits in LG's express warranty are commercially unconscionable. LG knew the Class and Subclass Members would likely not discover the reason their Washing Machines consistently became unbalanced until after the one year warranty period had expired.

103.    The Class and Subclass Members had no meaningful opportunity to bargain over, let alone expand, the Washing Machine warranty terms.  These warranties are classic adhesion contracts, produced by the manifest and massive differences between LG's and individual Class and Subclass Members' bargaining power, whose terms were uniform and uniformly of the "take it or leave it" variety.

104.    The Class Plaintiffs and Class and Subclass Members have complied with all of their obligations under their Washing Machines' warranties.  To the extent they have not, such compliance is excused by LG's misconduct.

105.    LG's breach of its express warranties caused damages to the Class Plaintiffs and the Class and Subclass.

## SECOND CAUSE OF ACTION (On Behalf of Plaintiffs, Class and Subclass Members)
### Breach of Implied Warranty

106.    Each of the above allegations are incorporated herein.

107.    The Washing Machines are "goods" under the Uniform Commercial Code ("UCC").

108.    LG is a "merchant" under the UCC.

109.    LG made numerous implied warranties to the Class Plaintiffs about the merchantable quality of the Washing Machines.

110.    LG impliedly warranted, among other things, that the Washing Machines, were of good and merchantable quality, and would actually be able to complete a washing cycle on its own without interruption.

111.    Through the conduct alleged herein, LG has breached the implied warranty of fitness for a particular purpose.  The defectively designed Washing Machines were not fit for the particular purpose for which they were purchased by Class and Subclass Members to perform. The Class and Subclass Members purchased the Washing Machines for a particular purpose of being able to complete a washing cycle without interruption and for its ability to "automatically counter-balance uneven loads."    LG knew that the Class and Subclass Members were purchasing the Washing Machine for this purpose and marketed the Washing Machine for this particular purpose even advertising its "TrueBalance Technology."

112.    Plaintiffs  and  Class  and  Subclass  Members  relied  on  Defendant's misrepresentations by purchasing the Washing Machines.

113.    Defendant knew or had reason to know that Plaintiffs and Class and Subclass Members were influenced to purchase the Washing Machine through Defendant's expertise, skill, judgment and knowledge in furnishing the products for their intended use.

114.    The Washing Machines were not of merchantable quality and were not fit for their particular intended use because the design and/or manufacturing defects alleged herein render them incapable of being able to complete a washing cycle without interruption and requiring consumers to manually attempt to re-balance the load of wash numerous times before completing a cycle of wash.

115.    Defendant's actions, as complained of herein, breached their implied warranty that the Washing Machines were of merchantable quality as fit for such use, in violation of the Uniform Commercial Code (UCC § 2-314 and  § 2-3154) and the common law of this State, as well as the common law and statutory laws of the other states.

116.    Plaintiffs and the Class and Subclass Members have incurred damage as described herein as a direct and proximate result of the failure of Defendant to honor its implied warranty. In particular, Plaintiffs and the Class and Subclass Members would not have purchased the Washing Machines had they known the truth about their defects; nor would they have suffered the damages associated with these defects.

### THIRD CAUSE OF ACTION (On Behalf of Plaintiffs, Class and Subclass Members)
### Violation of Magnuson-Moss Act (15 U.S.C. §2301 et seq.)

117.    Each of the above allegations are incorporated herein.

118.    The Class Plaintiffs and the Class and Subclass Members are "consumers" within the meaning the of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq* ("Magnuson Moss Act").

119.    LG is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Act.

120.    The Washing Machines are "consumer products" within the meaning of the Magnuson-Moss Act.

121.    Under the Magnuson-Moss Act, LG was obligated to disclose to consumers the known defects of the Washing Machines, in particular, the Imbalance Defect.

122.    Under the Magnuson-Moss Act, LG was obligated to repair or otherwise remedy the Washing Machines' Imbalance Defect.

123.    Despite reasonable opportunity to honor its disclosure and remedy obligations, LG violated these obligations under the Magnuson-Moss Act, causing injury to the Class Plaintiffs and Class and Subclass Members.

124.    The amount in controversy with respect to the Class Plaintiffs' individual claims meets or exceeds the sum or value of $25.  There are more than 100 individuals in the Class and

Subclasses. In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interest and costs) computed on the basis of all claims to be determined in this suit.

**FOURTH CAUSE OF ACTION (On Behalf of Plaintiffs, Class and Subclass Members)**
**Injunctive and Equitable Relief**

125.    Each of the above allegations are incorporated herein.

126.    Injunctive and equitable relief is appropriate and proper to remedy LG's past misconduct and prevent such misconduct from continuing to occur.

127.    Appropriate and proper injunctive and equitable relief includes a Judicial Order compelling LG to pay for a notice process in which LG notifies the Class and Subclass Members about the Washing Machines' Imbalance Defect, and, as and if requested, fully repair such defects at LG's cost.

**FIFTH CAUSE OF ACTION (On Behalf of Plaintiffs, Class and Subclass Members)**
**Unjust Enrichment**

128.    Each of the above allegations are incorporated herein.

129.    Defendant LG has been unjustly enriched and received an economic benefit by the sale of the Washing Machines herein to Plaintiffs and the Class and Subclass Members.

130.    Plaintiffs seek to recover for Defendant LG's unjust enrichment.

131.    Plaintiffs and the Class and Subclass Members conferred a benefit on Defendant LG, but Defendant LG failed to disclose its knowledge that Plaintiffs did not receive what they paid for and misled Plaintiffs and the Class and Subclass Members regarding the misstatements of their Washing Machines while profiting from this deception.

132.    The circumstances are such that it would be inequitable, unconscionable, and unjust to permit Defendant LG to retain the benefit of these profits that it has unfairly obtained from Plaintiffs and the Class and Subclass Members.

133.    Plaintiffs and the Class and Subclass Members, having been injured by Defendant LG's conduct, are entitled to restitution or disgorgement of profits as a result of the unjust enrichment of Defendant LG to their detriment.

**SIXTH CAUSE OF ACTION (On Behalf of Plaintiffs, Class and Subclass Members)**
**Common Law Fraud**

134.    Each of the above allegations are incorporated herein.

135.    The above described conduct and actions constitute common law fraud by way of misrepresentations, concealment and omissions of material facts made by Defendant in inducing Plaintiffs and the Class and Subclass to purchase Washing Machines with the Imbalance Defect.

136.    Defendant, upon information and belief, made the above-described misrepresentations, concealment and omissions of material facts to all Class and Subclass Members concerning Imbalance Defect. Indeed, upon information and belief, LG advertised that its Washing Machines were equipped with "TrueBalance Technology [which] automatically counter-balances uneven loads…" *See e.g.* https://www.youtube.com/watch?v=uYKZUS3TpfE. However, the Washing Machines actually contained a defect that caused the Washing Machines to stop mid cycle due to the Washing Machine being out of balance. Despite LG representing that it "automatically counter-balances uneven loads," when the Washing Machines become imbalanced the washing cycle stops until someone manually attempts to re-balance the load of laundry. This happens numerous times throughout a washing cycle causing one cycle to take hours to complete. In fact, LG knew, or should have known, that the Washing Machines could not "automatically counter-balance uneven loads." LG issued technical service bulletins to dealers of LG washing machines, not consumers, in February 2013 and again in February 2014 regarding the Imbalance Defect showing they clearly knew about the Imbalance Defect. *See*

**Exhibits A and B**.  Moreover, as detailed above, LG's vice president of communications, John Taylor, admitted LG was aware of the Imbalance Defect in 2013.  Consumer Reports interviewed Mr. Taylor about the Imbalance Defect for an article published in December 2014. Mr. Taylor stated, "that LG updated software on its HE top-loaders made as of December 2013 to better identify that potential problem.  Rather than going into spin, the machine flashes an alert to tell owners to rebalance the load."  *See* **Exhibit C**.

137.   Defendant intended that the Plaintiffs and the other members of the Class and Subclass rely upon the above-described uniform misrepresentations, concealment and omissions.

138.   Defendant's misrepresentations, concealments and omissions concerning the Imbalance Defect, were material to Plaintiffs' and other Class Members' and Subclass Members' decisions to purchase the Washing Machines.  In fact, the representations and omissions regarding the Imbalance Defect were so fundamental to Plaintiffs' and Class Members' and Subclass Members' decision making process that they would not have purchased the Washing Machines had they known that the Washing Machines would become imbalanced causing the washing cycle to stop until someone manually attempted to re-balance the load of laundry numerous times throughout a washing cycle causing one cycle to take hours to complete.

139.   Plaintiffs and other Class and Subclass Members justifiably relied upon Defendant's misrepresentations, concealment and omissions to their damage and detriment.

140.   Plaintiffs and the Class and Subclass suffered the damage described in this complaint as a proximate result thereof.

141.   Defendant's conduct was willful, wanton, and reckless.  Based on the intentionally dishonest nature of Defendant's conduct, which was directed at the Class and

Subclass, Defendant should also be held liable to the Class and Subclass for punitive damages in an amount to be determined at trial.

### SEVENTH CAUSE OF ACTION (On Behalf of Plaintiffs and Class Members)
### Violation of New Jersey Consumer Fraud Act (N.J.S.A. 56:8-1, et seq.)

142.    Each of the above allegations are incorporated herein.

143.    Numerous controlling state and federal cases recite and explain the broadly remedial aims of the New Jersey Consumer Fraud Act.  (hereinafter "NJFCA").

144.    Plaintiffs assert that because LG is a New Jersey corporation with its headquarters located in New Jersey, the choice of law rules in this Circuit support application of the New Jersey Consumer Fraud Act to the claims of class members nationwide.

145.    The Washing Machines are "merchandise" within the NJCFA.

146.    The Plaintiffs and Class are consumers within the protective ambit of the NJCFA, who bought LG Washing Machines for household uses.

147.    Protecting the Plaintiffs and Class Members from and against "any unconscionable commercial practice, deception, fraud, false pretense, or misrepresentation, or the knowing concealment, suppression or omission of any material fact with the intent that others rely upon such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise,"[1] the NJCFA applies to LG's sales of the Washing Machines to the Plaintiffs and Class Members.

148.    During the Class Period, LG advertised that its Washing Machines were equipped with "TrueBalance Technology [which] automatically counter-balances uneven loads…" *See e.g.* *http://www.lg.com/us/washers/lg-WT1101CW-top-load-washer*.        However,    the    Washing

---

[1] *N.J.S.A.* 56:8-2.

35

Machines actually contained a defect that caused the Washing Machines to stop mid cycle due to the Washing Machine being out of balance. Despite LG representing that it "automatically counter-balances uneven loads," when the Washing Machines become imbalanced the washing cycle stops until someone manually attempts to re-balance the load of laundry. This happens numerous times throughout a washing cycle causing one cycle to take hours to complete. In fact, LG knew, or should have known, that the Washing Machines could not "automatically counter-balance uneven loads." Indeed, LG issued a technical service bulletin to dealers of LG washing machines, not consumers, in February 2013 and again in February 2014 regarding the Imbalance Defect showing they clearly knew about the Imbalance Defect. *See* **Exhibit A and B**. Moreover, as detailed above, LG's vice president of communications, John Taylor, admitted LG was aware of the Imbalance Defect in 2013. Consumer Reports interviewed Mr. Taylor about the Imbalance Defect for an article published in December 2014. Mr. Taylor stated, "that LG updated software on its HE top-loaders made as of December 2013 to better identify that potential problem. Rather than going into spin, the machine flashes an alert to tell owners to rebalance the load." *See* **Exhibit C**.

149.    LG's distribution, promotion, marketing and sales of the Washing Machines, without disclosing that the Washing Machines become imbalanced and stop washing as a result, was an unconscionable commercial practice, deception, fraud, false pretense, misrepresentation, or otherwise constituted the knowing, concealment, suppression or omission of material fact with the intent that others including the Class and Subclass Members would rely upon LG's knowing, concealment, suppression or omission of information that the Washing Machines had the Imbalance Defect, in connection with LG's sales and the Class and Subclass Members' purchases of the Washing Machines.

150.    Class Plaintiffs suffered ascertainable losses, measurable in dollar values, as a result of LG's unconscionable, deceptive, false and misleading behavior described in this Complaint.   These ascertainable losses include, among others, repair costs associated with attempted repairs of the Washing Machines and replacement costs.

151.    A causal nexus exists between LG's unconscionable, deceptive, false and misleading actions described above and the Plaintiffs' ascertainable losses.   Without LG's defective design, substandard workmanship of the Washing Machines and related parts, improper installation and defective materials, the Plaintiffs would not have suffered their ascertainable losses.

**EIGHTH CAUSE OF ACTION (On Behalf of Plaintiffs and Class Members)**
**Violations of the Truth-in-Consumer Contract, Warranty and Notice Act**

152.    Each of the above allegations are incorporated herein.

153.    Plaintiffs assert that because LG is a New Jersey corporation with its headquarters located in New Jersey, the choice of law rules in this Circuit support application of the Truth-in-Consumer Contract, Warranty and Notice Act to the claims of class members nationwide.

154.    Plaintiffs and those similarly situated are "consumers" within the meaning of TCCWNA, as set forth at N.J.S.A. 56:12-15.

155.    Defendant is a seller within the meaning of TCCWNA, as set forth at N.J.S.A. 56:12-15 and -17.

156.    TCCWNA, at N.J.S.A. 56:12-15, provides in relevant part that "no seller, creditor, lender or bailee may offer or enter into any written consumer contract or give or display any notice which includes any provision that violates a clearly established right of the consumer or responsibility of the seller, lessor, creditor, lender or bailee as established by State or Federal

37

law at the time the offer is made or the consumer contract is signed or the warranty, notice or sign is given or displayed."

157.    By violating the CFA, and a clearly established legal right of a consumer and/or responsibility of the seller to not engage in any misrepresentations, deception, or unconscionable commercial conduct in connection with consumer sales as detailed in this Complaint, Defendant thereby violated the Truth-in-Consumer Contract, Warranty and Notice Act, N.J.S.A. 56:12-14 *et seq.*

158.    As the result of Defendant's violations of TCCWNA, Plaintiffs and the Class Members are entitled to statutory damages of not less than $100 each as provided by N.J.S.A. 56:12-17.

### NINTH CAUSE OF ACTION (On Behalf of Plaintiffs and Subclass Members)
### Violation of Florida Deceptive and Unfair Trade Practices Act
### (F.S.A. §§ 501.201-.213, et seq.)

159.    Each of the above allegations are incorporated herein.

160.    As the choice of law question cannot be conclusively addressed at this point in the litigation, Plaintiffs state this alternative cause of action on behalf of a subclass of Florida State residents, if it is later determined by the Court that the choice of law rules require the application of this State law based on Plaintiff's residence, and not those of New Jersey.

161.    LG's business acts and practices alleged herein constitute unfair, unconscionable and/or deceptive methods, acts or practices under the Florida Deceptive and Unfair Trade Practices Act, § 501.201, et seq., Florida Statutes ("FDUTPA").

162.    At all relevant times, Plaintiffs and the Florida Subclass Members were "consumers" within the meaning of the FDUTPA. F.S.A. § 501.203(7).

163.    LG's conduct, as set forth herein, occurred in the conduct of "trade or commerce" within the meaning of the FDUTPA. F.S.A. § 501.203(8).

164.    The practices of LG, described above, violate the FDUTPA for, *inter alia*, one or more of the following reasons:

    (a)    LG represented that goods or services have sponsorship, approval, characteristics, uses, and benefits that they do not have;

        a.    LG provided, disseminated, marketed, and otherwise distributed uniform false and misleading advertisements, technical data and other information to consumers regarding the performance, reliability, quality and nature of the Washing Machines;

        b.    LG represented that goods or services were of a particular standard, quality, or grade, when they were of another;

        c.    LG engaged in unconscionable commercial practices in failing to reveal material facts and information about the Washing Machines, which did, or tended to, mislead the Florida Plaintiffs and the Florida Subclass Members about facts that could not reasonably be known by the consumer;

        d.    LG failed to reveal facts that were material to the transactions in light of representations of fact made in a positive manner;

        e.    LG caused the Florida Plaintiffs and the Florida Subclass Members to suffer a probability of confusion and a misunderstanding of legal rights, obligations, and/or remedies by and through its conduct;

        f.    LG failed to reveal material facts to the Florida Plaintiffs and the

39

Florida Class with the intent that the Florida Plaintiffs and the
Florida Subclass Members rely upon the omission;

g.    LG made material representations and statements of fact to the
Florida Plaintiffs and the Florida Subclass Members that resulted
in the Florida Plaintiffs and the Florida Sub-Class Members
reasonably believing the represented or suggested state of affairs
to be other than what they actually were;

h.    LG intended that the Florida Plaintiffs and the Florida Subclass
Members rely on their misrepresentations and omissions, so that
the Florida Plaintiffs and the Florida Subclass Members would
purchase the Washing Machines.

165.    LG's actions impact the public interest because the Florida Plaintiffs and the
Florida Subclass Members were injured in exactly the same way as thousands of others
purchasing and/or leasing the Washing Machines as a result of and pursuant to LG's generalized
course of deception.

166.    Had the Florida Plaintiffs and the Florida Sub-Class Members known of the
defective nature of the Washing Machines, they would not have purchased the Washing
Machines or would have paid less for them.

167.    The foregoing acts, omissions and practices proximately caused the Florida
Plaintiffs and the Florida Subclass Members to suffer actual damages in the form of, *inter alia*,
overpaying Washing Machines, as well as diminution in value of the Washing Machines, and
they are entitled to recover such damages, together with all other appropriate damages, attorneys'
fees and costs of suit

**TENTH CAUSE OF ACTION (On Behalf of Plaintiffs and Subclass Members)**
**Breach of Express Warranty (Florida)**
**(F.S.A. §§ 672.31, 680.21)**

168.    Each of the above allegations are incorporated herein.

169.    The Florida Plaintiffs bring this cause of action on their own behalf and on behalf of the members of the Florida Subclass.

170.    LG is and was at all relevant times a "merchant" with respect to washing machines under F.S.A. §§ 672.104(1) and a "seller" of washing machines under § 672.103(1)(d).

171.    The Washing Machines are and were at all relevant times "goods" within the meaning of F.S.A. §§ 672.105(1).

172.    LG provided all purchasers of the Washing Machines with the express Warranty described herein, which became a material part of the bargain.

173.    LG made numerous express warranties to the Class Plaintiffs about the self balancing technology of the Washing Machines. In fact, LG represented in marketing material and on its website that its HE washing machines come with "TrueBalance Technology [which] automatically counter-balances uneven loads and adjusts spin speeds to further reduce vibration. Now you can wash large loads of jeans, sweatshirts or towels and enjoy a quiet, smooth wash with no concerns of vibrations." *See* https://www.youtube.com/watch?v=uYKZUS3TpfE

174.    Under the written Warranty, LG expressly warranted the Plaintiffs' washing machines against defects "in materials and workmanship under normal household use." Under the warranty, LG will "replace or repair" the Washing Machines free of charge for defects that occurred during the warranty period(s). The warranty periods are 1 year from date of purchase

for any "internal functional parts and labor," 10 years "for the Drum Motor (Stator, Rotor, and Hall Sensor)" and lifetime for the "Stainless Steal Drum."

175.    LG manufactured the Washing Machines and their component parts and the Washing Machines and component parts are covered by the express Warranty.

176.    The Defect at issue in this litigation was present at the time the Washing Machines were sold to the Florida Plaintiffs and the Florida Subclass Members.

177.    Plaintiffs relied on LG's express Warranty, which was a material part of the bargain, when purchasing the Washing Machines.

178.    Under the express Warranty, LG was obligated to correct the Defect in the Washing Machines owned by the Florida Plaintiffs and the Florida Subclass Members.

179.    Although LG was obligated to correct the Defect, none of the attempted fixes are adequate under the terms of the Warranty, as they did not cure the defect.

180.    LG breached the express Warranty by performing illusory repairs. Rather than repairing the Washing Machines pursuant to the express Warranty, LG falsely informed Florida Subclass Members that there was no problem with their Washing Machines, performed ineffective procedures including software updates, and/or replaced defective components in the Washing Machines with equally defective components, without actually repairing the Washing Machines.

181.    LG and its agent dealers have failed and refused to conform the Washing Machines to the express Warranty. LG's conduct, as discussed throughout this Complaint, has voided any attempt on its part to disclaim liability for its actions.

182.    Moreover, LG's attempt to disclaim or limit the express Warranty vis-à-vis consumers is unconscionable and unenforceable under the circumstances here. Specifically,

LG's warranty limitation is unenforceable because it knowingly sold a defective product without informing consumers about the defect.

183.    The time limits contained in LG's warranty period were also unconscionable and inadequate to protect the Florida Plaintiffs and the Florida Subclass Members. Among other things, the Florida Plaintiffs and the Florida Subclass Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored LG. A gross disparity in bargaining power existed between LG and the Class members, and LG knew or should have known that the Washing Machines were defective at the time of sale.

184.    Florida Plaintiffs and the Florida Subclass Members have complied with all obligations under the Warranty, or otherwise have been excused from performance of said obligations as a result of LG's conduct described herein.

185.    The Florida Plaintiffs and the Florida Subclass Members were not required to notify LG of the breach because affording LG a reasonable opportunity to cure its breach of written warranty would have been futile. LG was also on notice of the Defect from the complaints and service requests it received from Plaintiffs and the Class Members, from repairs and/or replacements of the Washing Machines or components thereof, and through other internal and external sources.

186.    Because LG, through its conduct and exemplified by its own service bulletins, has covered repairs of the Defect if LG determines the repairs are appropriately covered under the Warranty, LG cannot now deny that the Warranty covers the Defect.

187.    Because LG has not been able to remedy the Defect, any limitation on remedies included in the Warranty causes the Warranty to fail its essential purpose, rendering it null and void.

188.    As a direct and proximate cause of LG's breach, the Florida Plaintiffs and the

Florida Subclass Members suffered damages and continue to suffer damages, including

economic damages at the point of sale and diminution of value of their Washing Machines.

Additionally, the Florida Plaintiffs and the Florida Subclass Members have incurred or will

incur economic damages at the point of repair in the form of the cost of repair.  As a direct and

proximate result of LG's breach of express Warranty, the Florida Plaintiffs and the Florida

Subclass Members have been damaged in an amount to be determined at trial.

**ELEVENTH CAUSE OF ACTION (On Behalf of Plaintiffs and Subclass Members)**
**Breach of the Implied Warranty of Merchantability (Florida)**
**(F.S.A. §§ 672.314, 680.212)**

189.    Each of the above allegations are incorporated herein.

190.    The Florida Plaintiffs bring this cause of action on their own behalf and on

behalf of the members of the Florida Subclass.

191.    LG is and was at all relevant times a "merchant" with respect to washing

machines under F.S.A. §§ 672.104(1) and a "seller" of washing machines under §

672.103(1)(d).

192.    The Washing Machines are and were at all relevant times "goods" within the

meaning of F.S.A. §§ 672.105(1).

193.    A warranty that the Washing Machines were in merchantable condition and fit

for the ordinary purpose for which vehicles are used is implied by law under F.S.A. §§ 672.314

and 680.212.

194.    LG knew or had reason to know of the specific use for which the Washing

Machines were purchased or leased.  LG directly sold and marketed washing machines to

customers through authorized dealers, like those from whom the Florida Plaintiffs and the

Florida Subclass Members bought their washing machines, for the intended purpose of consumers purchasing the washing machines. LG knew that the Washing Machines would and did pass unchanged from the authorized dealers to the Florida Plaintiffs and the Florida Subclass Members, with no modification to the defective washing machines.

195.    LG provided Plaintiffs and Subclass Members with an implied warranty that the Washing Machines and their components and parts are merchantable and fit for the ordinary purposes for which they were sold.

196.    This implied warranty included, among other things: (i) a warranty that the Washing Machines were manufactured, supplied, distributed, and/or sold by LG were reliable washing machines that washed clothes without interruption and without requiring consumers to manually attempt to re-balance the load of wash numerous times before completing a cycle of wash; and (ii) a warranty that the Washing Machines would be fit for their intended use while the Washing Machines were being operated.

197.    Contrary to the applicable implied warranties, the Washing Machines at the time of sale and thereafter were not fit for their ordinary and intended purpose of completing a washing cycle without interruption and requiring consumers to manually attempt to re-balance the load of wash numerous times before completing a cycle of wash. Instead, the Washing Machines are defective in design and manufacture as a result of the Imbalance Defect which is caused by defective software, circuit boards and rotors and this Imbalance Defect exists at the time of sale and thereafter. LG knew of this defect at the time these sale transactions occurred.

198.    As a result of LG's breach of the applicable implied warranties, the Florida Plaintiffs and the Florida Subclass Members of the Washing Machines suffered an ascertainable loss of money, property, and/or value of their Washing Machines. Additionally,

as a result of the Imbalance Defect, the Florida Plaintiffs and the Florida Subclass Members were harmed and suffered actual damages in that the Washing Machines and components are substantially certain to fail before their expected useful life has run.

199.    LG's actions, as complained of herein, breached the implied warranty that the Washing Machines were of merchantable quality and fit for such use in violation of F.S.A. §§ 672.314 and 680.212.

200.    The Florida Plaintiffs and the Florida Subclass Members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of LG's conduct described herein.

201.    The Florida Plaintiffs and the Florida Subclass Members were not required to notify LG of the breach because affording LG a reasonable opportunity to cure its breach of written warranty would have been futile.  LG was also on notice of the Defect from the complaints and service requests it received from Plaintiffs and the Class Members, from repairs and/or replacements of the Washing Machines or components thereof, and through other internal sources.

202.    As a direct and proximate cause of LG's breach, the Florida Plaintiffs and the Florida Subclass Members suffered damages and continue to suffer damages, including economic damages at the point of sale and diminution of value of their Washing Machines. Additionally, the Florida Plaintiffs and the Florida Subclass Members have incurred or will incur economic damages at the point of repair in the form of the cost of repair.

203.    As a direct and proximate result of LG's breach of the implied warranty of merchantability, the Florida Plaintiffs and the Florida Subclass Members have been damaged in an amount to be proven at trial

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiffs request that the Court issue an Order and grant Judgment to the Class Plaintiffs as follows:

    A.      Certifying this action as a Class Action;

    B.      Naming the Plaintiffs as the representatives of the Named Class and Subclass Plaintiffs on behalf of the absent Class and Subclass Members;

    C.      Appointing Poulos LoPiccolo PC and Nagel Rice, LLP as Class Counsel for all purposes in this action;

    D.      Granting the Class Plaintiffs contractual, restitutionary and statutory, common law and punitive damages in full recompense for their damages including and not limited to damages relating to the following:

        1.   Repair costs;

        2.   All recoverable compensatory and other damages sustained by Plaintiff and the Class and Subclass;

        3.   Restitution and disgorgement of all amounts obtained by LG as a result of its misconduct, together with interest thereon from the date of payment, to the victims of such violations

        4.   Time spent in arranging and obtaining repairs;

        5.   Inconvenience

    E.      Granting the Class Plaintiffs such other and further relief, including, without limitation, injunctive and equitable relief, as the Court deems just in all the circumstances; and

F.      Granting Class Counsel an award of their attorneys' fees and costs of suit, reflective of the work done in prosecuting this action, the time spent, the effort and hard costs invested, and results obtained, in light of the Court's judgment informed by awards in other similar cases of comparable difficulty and complexity

## JURY DEMAND

Plaintiffs demand a jury trial on all issues so triable.

## TRIAL COUNSEL DESIGNATION

Plaintiffs designate as trial counsel:  Bruce H. Nagel of Nagel Rice LLP and Joseph LoPiccolo of Poulos LoPiccolo PC.

Dated:  January 16, 2020

**POULOS LOPICCOLO PC**


/s/*Joseph LoPiccolo*
   Joseph LoPiccolo
   John N. Poulos

1305 South Roller Road
Ocean, New Jersey 07712
732-757-0165
lopiccolo@pllawfirm.com
poulos@pllawfirm.com


Bruce H. Nagel
Randee Matloff
**NAGEL RICE, LLP**
103 Eisenhower Parkway
Roseland, New Jersey 07068
973-618-0400
rmatloff@nagelrice.com
bnagel@nagelrice.com





# Service Bulletin
### WASHING MACHINE

## General information

| | |
|---|---|
| •**Subject:** *SVC Action for "UE" Error code after Recall S/W update by JIG or PCB* | |

| | |
|---|---|
| **Bulletin Registration Date:** February. 15, 2013 | **Effective from Date:** February. 18, 2013 |

•**Applicable for models:** (Customer models in alphabetical or numerical order per subsidiary)

| Subsidiary | Customer Model | Subsidiary | Customer Model |
|---|---|---|---|
| LGEAI | WT5101HW<br>WT5101HV<br>WT5001CW | LGECI | WT5101HV<br>WT5001CW |

**Applicable Serial Number :  :** *002xxxxxxxxx  ~  111xxxxxxxxx*

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Applicable in warranty: | ☑ | ☐ | Also applicable outside of warranty: | ☑ | ☐ |
| Applicable only with symptoms Below: | ☑ | ☐ | Applicable with every repair: | ☐ | ☑ |

## Technical information

**1. Symptoms / Customer Complaint:**
   - Displayed "uE" or "UE" error code after Recall SVC (s/w update applied)

**2. Problem / Cause:**
   1) "uE" error code has been applied to washer since 2011. Jan.
      This error code is different from "UE" error, so explanation about "uE"
      to customer is needed.
   2) Follow instruction on following pages.

**<SVC Note >**
• Special Claim code : RU      includes both parts and labor
• Servicer: on warranty claim -- Enter "for UE errors" at tech remark or ASC remark area



# Service Bulletin
WASHING MACHINE

**Appendix. Check Display software version**

1) Press and hold the temperature and soil level buttons together and then press the POWER button. The control will beep twice and all LEDs will be lit.

2) Press the START/PAUSE button twice. The display will then alternate between "t2" and the DISPLAY PCB version.

3) If the S/W version displayed matches the S/W version shown for your model in the MODEL APPLICATION CHART below, the unit is completed recall SVC.



Test mode    LED display ("t2" and Version)    Press Start button

**[ MODEL APPLICATION CHART ]**

| PCB | Model | PCB P/No. | S/W Version | Remark |
|---|---|---|---|---|
| Display | WT5101** | EBR62267104 | **131** | Completed recall SVC |
| | WT5001** | EBR62267105 | **130** | |



# Service Bulletin
## WASHING MACHINE

---

## 3. Solution
- For customer's washer complaints about displayed "uE" or "UE" error after recall SVC, the SVC tech is needed to follow below guide IN ORDER STATED.

### 1) If the reason of customer complaint is uE (small u), repeated rinsing, stuck time, or infrequent UE error, Explain with below statement sequentially as applies.

**A> My machine is displaying "uE"**
Compared to our previous program, which only displayed the UE error code, our new program displays uE, which is not an error. "uE" (small "u" / upper case E") indicates the washer is attempting to balance the load up to 3 times if necessary. A "uE" indicator will alternate with the time display.
After 3 attempts to balance, error code (UE) will display.

**B> My washer is repeatedly rinsing**
When there is an unbalanced load, the washer will try and redistribute the load by refilling the washer with a necessary amount of water. This action is not a rinse, but is an attempt by the machine to balance the load.

**C> My washer is stuck. The time isn't moving.**
When the washer is trying to balance the load, the time display may not decrease. Sometimes the washer may take longer than expected to balance the load automatically. During the attempts to balance, time will not decrease.

**D> First time UE error**
Check the initial checklist of leveling and distribution of clothes. If the load is too small, add more clothes. If the load is clumped, pull out the load, untangle, and try "Rinse and Spin" cycle

> **Initial Checklist**
> a) Level the Machine
> b) Place machine on solid floor (Carpet and soft tile surfaces are not recommended)

### 2) If the customer complaint is constant UE (Capital U) error

**A> Check the initial Check list of leveling and distribution of clothes.**
If the load is too small, add more clothes. If the load is clumped, pull out the load, untangle, and try "Rinse and Spin" cycle.

**B> Check Balance (See next page)**
a) Select "Spin Only" cycle
b) Check the RPM by pressing and holding the "Soil Level" and "Custom Program" buttons simultaneously. The display will show the RPM

  ※ NOTE : 0~199 RPM, the display will show the actual RPM.
            (ex. 151 RPM will display 151)
         above 200 RPM, the display will only show the first 2 digits of the number
            (ex. 210~219 RPM will display 21)

c) If the machine reaches over 300 RPM, then there is no issue. If the drum stops spinning before reaching 300 RPM and the machine begins to drain again while rotating slowly, then there is an unbalance issue.



**Service Bulletin**
WASHING MACHINE

※ **How to check RPM**

(0~199 RPM : 3 digit)          **RPM display**  (200~999 RPM : first 2 digit)
(over 1,000 RPM : first 3 digit)



**C> Tighten the pulsator screw.**
  a) Remove the pulsator cap in the center of the pulsator.
    : There are three tabs holding the cap.
      ※ Note : Undo each tab one by one or tabs will break.

 

Tabs

  b) Tighten the screw
    : Use a 10mm socket wrench.

 

  c) Run a " Spin only" cycle and check balance again.
    : Check the balance for 3~5 cycles,  and if still unbalanced move onto next step "D>"

**LG**
Life's Good

**Service Bulletin**
WASHING MACHINE

**D> Reassembly of rotor and stator.**
   : Disassemble the rotor and stator from the machine and reassemble.

a) Remove the rotor nut 24 mm, and remove the rotor.



b) Remove the 6 stator bolts 10 mm, and remove the stator.



c) Reassemble then check balance again.
   ※ Note : Make sure all parts are in tightly.




**LG** Life's Good

# Service Bulletin
WASHING MACHINE
## General information
Bulletin Number: WW/M20140393

| •Subject: Only when UE error occurs, Upgrade Main PCB S/W |
|---|

| * Bulletin Registration Date: February.10,2014 | * Effective from Date: June.03,2014 |
|---|---|

•**Applicable for models:** (Customer models in alphabetical or numerical order per subsidiary)

| Subsidiary | Customer Model | Subsidiary | Customer Model |
|---|---|---|---|
| LGEAI | WT4870CW<br>WT4901CW<br>WT4970CW<br>WT5070CW<br>WT5170HW<br>WT5170HV<br>WT1101CW<br>WT1201CV | LGECI | WT4870CW<br>WT4901CW<br>WT4970CW<br>WT5070CW<br>WT5170HV<br>WT1101CW<br>WT1201CV |

| Applicable Serial Number : *Refer next page.* |
|---|

| Applicable in warranty: | YES ☑ | NO ☐ | Also applicable outside of warranty: | YES ☐ | NO ☑ |
|---|---|---|---|---|---|
| Applicable only with symptoms Below: | YES ☑ | NO ☐ | Applicable with every repair: | YES ☐ | NO ☑ |

## Technical information

| **1. Symptoms / Customer Complaint:**<br> - UE error occurs continuously (Upper Case UE…not uE). |
|---|

| **2. Problem / Cause:**<br>   Improved internal algorithm for better washer performance |
|---|

**<SVC Note >** Please follow the below process for UE Service:
          Do NOT replace any part first -- check serial number (next page)
**[Case A]** For within "before" serial number range
1) Download new software. -Only if problem using portable download jig (or do not have jig), replace main PCB.
2) Test: if unit stops suddenly or uE / UE occurs during operation without a load.
- Check Method : Select "Spin Only option" and operate for 1cycle without load.
3) ONLY if unit stops or uE / UE occurs, replace rotor.
4) Re-test whether uE / UE occurs again.
**[Case B]** For "after" serial number range shown on next page
: if unit stops or uE / UE occurs without load, replace rotor.
**[For either case]** Servicers: use special claim code "TU".



# Service Bulletin
### WASHING MACHINE

## 3. Solution
- Only apply S/W update to the product within serial number range listed

| Customer Model | Serial No | Customer Model | Serial No |
|---|---|---|---|
| WT4870CW | ~309xxxxxxxxx | WT5170HW | ~401xxxxxxxxx |
| WT4901CW | ALL | WT5170HV | ~401xxxxxxxxx |
| WT4970CW | ~404PNxxxxxxx | WT1101CW | ~311xxxxxxxxx |
| WT5070CW | ~401xxxxxxxxx | WT1201CV | ~311xxxxxxxxx |

Check main PGM version because the program of WT4870,5070,5170,1101,1201 has changed.
**After Updating** the following information (S/W version) appears on the display in the test mode.

| PCB | Model | PCB P/No. | S/W file in Jig | Old S/W Version | New S/W Version | Check Sum | Display on jig |
|---|---|---|---|---|---|---|---|
| main | WT4870** | EBR75795701 EBR75795702 | 01E6A2E3.hex | 12,13 | 14 | 0x1E6A2E3 | WT4870CW |
| | WT4901** | EBR75639501 | 01F4A785.hex or 01D4BA29.hex | 3,8,10 | 12 or 13 | 01F4A785 or 0x1D4BA29 | WT4901_4970 |
| | WT4970** | EBR75639503 | | 10,11 | | | |
| | WT5070** | EBR67466109 | 01F4A781.hex or 01D4BA24.hex | 40,47,54, 59,61 | 62 or 63 | 0x1F4A781 or 0x1D4BA24 | WT5070_5170 |
| | WT5170** | EBR67466116 | | | | | |
| | WT1101** | EBR75857902 EBR76262102 | 0000AC0F.hex or 0000430F.hex | 8,9 | 11 or 12 | 0xAC0F or 0x430F | WT1101_1201 |
| | WT1201** | EBR75857901 EBR76262101 | | | | | |

**If you do not have PCB JIG, replace old version of PCB with new version of PCB.**

※ After updating , verify S/W version in the Test mode

-**To verify the S/W version, enter Test mode.**
    1. WT1101,1201 – After press Power button, press Special use and Cycle **buttons at same time.**
    2. WT4870,5070,5170 – Press and hold the Soil Level and Special use **buttons : then press the**
**Power button. Then push START button,**
  **Pushing START button the first time, display window shows "T1" and "Main version" display .**
  **Pushing the START button again will display, "T2" and "Display version".**

<SVC Note > the uE display option will be changed after updating

| ▷ Before | imbalance → redrain → imbalance → getting water → rebalance → drain→ spin uE Display ※"uE" is continually displayed until finishing whole cycle. |
|---|---|
| ▶ After | imbalance → redrain → imbalance → getting water → rebalance → drain→ spin uE Display ※"uE" is only displayed before drain after rebalancing. |



# Service Bulletin
### WASHING MACHINE

<u>STEP 1</u> : Copy files to PCB jig.
Copy the files (ex ) loader.bin, 01E6A2E3.hex, 01E6A2E3.mvf)to the PCB jig.
 → S/W files were sent by email and have to copy to the micro SD in PCB JIG

※ When updating other programs for other models, file copy is also needed.
   Failure to do this will cause the  download to fail.



1. Check the SD card is in Micro SD card slot in portable Jig.



Micro SD Card Slot

 * RECOMMENDATION: format the SD card before downloading.

2. Plug the portable jig
to USB port of computer



※ If having the micro SD card adaptor, you can use like below picture.

3. Download the unzipped files to PCB jig or SD card



4. After pulling out the PCB jig from laptop, plug in the power adaptor

5. The firmware of PCB jig is updated automatically. <u>V2.2 → V3.4</u>

This is auto mode, and  if you plug the power adaptor, the first screen display firmware version.








# Service Bulletin
WASHING MACHINE

-.   <u>STEP2</u> : Make sure the washer power cord is unplugged  before updating S/W

   ※CAUTION **IF UNIT IS NOT UNPLUGGED BEFORE UPDATING  S/W,**
   **FATAL DAMAGE WILL OCCUR TO PCB JIG.**

<u>STEP3</u> : Connect the power adapter to PCB jig (1,2,3)



▶ After Step2, this should be displayed on the screen



[PCB Jig]
## 1. Front



**Back**



Confirm S / N

## 2. PCB jig connector
**Existing connector**



### 3. AC adapter





Dip Switch

Turn on 1, 4

This  is direct mode.

**New connector**





# Service Bulletin
WASHING MACHINE

---

\* 3. Solution- 1

1) Rocky2 (WT4870\*\*, WT4901, WT4970, WT5070\*\*, WT5170\*\*)

<u>STEP4</u> : removing the rear control panel from the washing machine.

- Disassembling the Front  panel, and  Rear panels.





- Before disassembly of the front and rear panel, lay down a protective surface on the washer's
  top to prevent scratches.

  First, remove the front panel screws (C,D,E),  and rear panel  screws (A,B)

  then rest the  front panel on the cloth protected washer top.

  ① Move the control panel in the direction of the arrow.

- Next, locate the Main and Display PCB assemblies.

  To disassemble the PCB protect cover, remove the protect cover screw (F).

- Second, remove the protect cover by depressing the locking tabs.

  1. Center Tabs (G) :  Push  back the protect slightly.

  2. Side Tab (H)   : Release  protect  cover by depressing the tabs. The cover can now be
     removed.



Main, and Display PCB assembly






# Service Bulletin
WASHING MACHINE

<u>STEP5</u> : Connecting PCB jig to PCB Display download connector.

- Below is PCB assembly. Locate the connector to update the S/W of main  PCB.




**Connect here**

-. After finding  the connector to the main PCB, connect portable jig connector  and PCB housing.

<u>Both are pink and have seven pins.</u>





+

**PCB Jig Housing**          **PCB Housing**



Connect the power adapter  to PCB jig,  the jig screen  should  appear as pictured below.





< Caution >
**Direct Mode**

**Ready for S/W update**

Check S/W button



6 / 12



# Service Bulletin
## WASHING MACHINE

<u>STEP6</u> : Updating S/W








▶ Push the button on back of jig
   to change mode step by step

▶ This Message , Direct Mode can not Check PCB, that download,
   After you check this, push the button.

▶ Push the button until the displayed program file name is the one you intend to use. Technician must verify the model number and select the correct program software for that model from the service bulletin for each model. Scroll the Push button on the jig to locate the correct software.

| Model | S/W file in Jig | Version | Display on jig |
|---|---|---|---|
| WT4870** | 01E6A2E3.hex | 14 | WT4870CW |
| WT4901** | 01F4A785.hex or | 12 or 13 | WT4901_4970 |
| WT4970** | 01D4BA29.hex | | |
| WT5070** | 0x1F4A781.hex or | 62 or 63 | WT5070_5170 |
| WT5170** | 01D4BA24.hex | | |
| WT1101** | 0xAC0F.hex or | 11 or 12 | WT1101_1201 |
| WT1201** | 0000430F.hex | | |
| WT4801** | 0216DE19.hex | 20 | WT4801CW |
| WT5101** | 0000D93F.h20 | 131 | WT5101HV_HW |
| WT5001** | 00005144.h20 | 130 | WT5001CW |

▶ After finding the program matched to the Model,
   Push the button for more than 3sec ,
   a beep will sound and display the
   -Model Selected "_ _ _ _ _"-





▶ Push the button one more time.
   Program upgrade begins.



▶ It is displayed the Program upgrade progress.
   : Erasing mode



▶ Program upgrade progress displayed
   : 5 → 10 → ~ → 100 Percent



▶ **After finishing, the check-sum will not display on some models.**
   **On those models, check by test mode.**



# Service Bulletin
### WASHING MACHINE

* 3. Solution- 2

2) Spirit (WT1101**, WT1201**)
<u>STEP4 :</u> Remove front control from washing machine.

- Disassembling the Front panel.



- Lay down a protective surface on the washer's top to prevent scratches.

1. Remove the front panel screws (A,B), then rest the front panel on the cloth
   protected washer top.

2. Open the lid

3. Push the control panel in the direction of the arrow(C).

4. Turn the front panel over.

5. Locate the Main and Display PCB assemblies.
   Remove the protect cover screw (D).



6. Remove the protect cover by depressing the locking tabs.

1) Center Tabs (E) : Push back the protect slightly.

2) Side Tab (F)  : Release protect cover by depressing the tabs. The cover can now be
   removed.











# Service Bulletin
## WASHING MACHINE

STEP5 : Connecting PCB jig to PCB Display download connector.

-Shown below is PCB assembly. Locate the connector to update the S/W of main PCB.





**Find connector**

**Disconnect connector**



**+**



**PCB Jig Housing**

**PCB Housing**

**Connect here**

-. After locating the correct connector to the main PCB, unplug the connector & connect the Jig connector. Both are white with six pins.



Connect the power adapter to PCB jig, the jig screen should appear as pictured below.



Check S/W button



**Ready for S/W update**



# Service Bulletin
### WASHING MACHINE

## 3. Solution
- For customer's washer complaints about displayed "uE" or "UE" error after recall SVC, the SVC tech is needed to follow below guide IN ORDER STATED.

1) **If the reason of customer complaint is uE (small u), repeated rinsing, stuck time, or infrequent UE error, Explain with below statement sequentially as applies.**

> **A> My machine is displaying "uE"**
> Compared to our previous program, which only displayed the UE error code, our new program displays uE, which is not an error. "uE" (small "u" / upper case E") indicates the washer is attempting to balance the load up to 3 times if necessary. A "uE" indicator will alternate with the time display.
> After 3 attempts to balance, error code (UE) will display.
>
> **B> My washer is repeatedly rinsing**
> When there is an unbalanced load, the washer will try and redistribute the load by refilling the washer with a necessary amount of water. This action is not a rinse, but is an attempt by the machine to balance the load.
>
> **C> My washer is stuck. The time isn't moving.**
> When the washer is trying to balance the load, the time display may not decrease. Sometimes the washer may take longer than expected to balance the load automatically. During the attempts to balance, time will not decrease.
>
> **D> First time UE error**
> Check the initial checklist of leveling and distribution of clothes. If the load is too small, add more clothes. If the load is clumped, pull out the load, untangle, and try "Rinse and Spin" cycle
>
> > **Initial Checklist**
> > a) Level the Machine
> > b) Place machine on solid floor (Carpet and soft tile surfaces are not recommended)

2) **If the customer complaint is constant UE (Capital U) error**

> **A> Check the initial Check list of leveling and distribution of clothes.**
> If the load is too small, add more clothes. If the load is clumped, pull out the load, untangle, and try "Rinse and Spin" cycle.
>
> **B> Check Balance (See next page)**
> a) Select "Spin Only" cycle - unit empty of clothes
> b) Check the RPM by pressing and holding the "Soil Level" and "Custom Program" buttons simultaneously. The display will show the RPM
>
>  ※ NOTE : 0~199 RPM, the display will show the actual RPM.
>    (ex. 151 RPM will display 151)
>   above 200 RPM, the display will only show the first 2 digits of the number
>    (ex. 210~219 RPM will display 21)
>
> c) If the machine reaches over 300 RPM, then there is no issue. If the drum stops spinning before reaching 300 RPM and the machine begins to drain again while rotating slowly, then there is an unbalance issue.



# Service Bulletin
### WASHING MACHINE

※ **How to check RPM**

(0~199 RPM : 3 digit)    **RPM display** (200~999 RPM : first 2 digit)
(over 1,000 RPM : first 3 digit)



**C> Tighten the pulsator screw.**
  a) Remove the pulsator cap in the center of the pulsator.
    : There are three tabs holding the cap.
    ※ Note : Undo each tab one by one or tabs will break.




Tabs

  b) Tighten the screw
    : Use a 10mm socket wrench.




  c) Run a " Spin only" cycle and check balance again.
    : Check the balance for 3~5 cycles,  and if still unbalanced move onto next step "D>"



# Service Bulletin
## WASHING MACHINE

**D> Reassembly of rotor and stator.**
   : Disassemble the rotor and stator from the machine and reassemble.

a) Remove the rotor nut 24 mm, and remove the rotor.



b) Remove the 6 stator bolts 10 mm, and remove the stator.



c) Reassemble then check balance again.
   ※ Note : Make sure all parts are in tightly.

# EXHIBIT C

1/16/2020                                    Putting an End to an Endless Washing Machine Cycle - Consumer Reports



# Putting an end to an endless washing machine cycle
## We found a fix for the 4-hour cycle time on a reader's washer
Published: December 2014



Distribute the load evenly when you're doing laundry.

Wednesday is wash day at the home of Joya and Lewis Fevola on Staten Island in New York. Usually they do six large loads. But when their new LG high-efficiency (HE) top-loader took four hours to complete one cycle, wash-day Wednesday became Thursday's nightmare.

Fed up, Lewis contacted the customer-service department about the appliance (model WT1101CW) they bought about seven months earlier for $629. It was "consistently out of balance," he recalled. "It completely filled the tub with water numerous times to rebalance the load."

The company sent a technician to level the machine, but the problem persisted. Told that he would be charged for the next service call, Lewis did what any savvy consumer would do: He ranted on Twitter and sent an e-mail to LG's CEO, but to no avail. Then he wrote to us.

Consumer Reports tested this LG washer in 2013 and found that it was very good overall, including cleaning, and that the loads didn't become unbalanced. But of the 81 user reviews posted on ConsumerReports.org as of November 2014, 33 cited imbalance issues.

**Check our buying guides for washing machines and dryers.**

We contacted LG for an explanation and spoke with John Taylor, vice president of communications. "LG has sold hundreds of thousands of these washers in the U.S.," he said. "The service repair rate for an imbalanced load is less than 1/10 of a percent."

HE top-loaders spin faster than washers with agitators to extract more water and cut down on drying time; that can result in load imbalance. Taylor told us that LG updated software on its HE top-loaders made as of December 2013 to better identify that potential problem. Rather than going into spin, the machine flashes an alert to tell owners to rebalance the load.

The next day, LG sent a tech to the Fevolas' home for a software update, but Lewis says that the problem wasn't fixed. So another tech installed a new circuit board and rotor, at no charge. "Amazing!" Lewis said weeks later. "It hasn't become unbalanced once."

## What does that mean for you?
If your HE top-loader, agitator top-loader, or front-loader has imbalance problems, check the manual for proper loading and machine leveling. (Taylor suggests washing similar items together in LG HE top-loaders, such as towels in one load and sheets in another, distributing evenly.) If problems continue, contact customer service. A software update for LG machines might be the answer—and it's covered by the warranty. "Units outside the warranty period are handled on a case-by-case basis," Taylor said, adding that the same applies for parts and labor.

Privacy Policy | User Agreement | Copyright © 2006-2020 Consumer Reports.