# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANA KROOP and SHERMAN KROOP, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br> -against-<br><br>LG ELECTRONICS USA, INC.,<br><br>        Defendant. | **STIPULATION OF DISMISSAL**<br><br>Civil Action No. 2:20-cv-625 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective undersigned counsel that the above-captioned action is voluntarily dismissed with prejudice against Defendant, LG Electronics USA, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 1, 2021

By: /s/ Bruce H. Nagel
 Bruce H. Nagel
 Randee Matloff
 NAGEL RICE, LLP
 103 Eisenhower Parkway
 Roseland, NJ 07068
 Tel: (973) 618-0400
 bnagel@nagelrice.com
 rmatloff@nagellrice.com

By: /s/ Joseph LoPiccolo
 Joseph LoPiccolo
 John N. Poulos
 POULOS LOPICCOLO PC
 1305 South Roller Road
 Ocean, NJ 07712
 Tel: (732) 757-0165
 lopiccolo@pllawfirm.com
 poulos@pllawfirm.com

 *Attorneys for Plaintiffs*

By: /s/ Mallik Yamusah
 Mallik Yamusah
 Phoebe A. Wilkinson
 HOGAN LOVELLS US LLP
 390 Madison Avenue
 New York, NY 10017
 Tel: (212) 918-3000
 phoebe.wilkinson@hoganlovells.com
 mallik.yamusah@hoganlovells.com
 *Attorneys for Defendant*
 *LG Electronics USA, Inc.*

SO ORDERED:

_____
BRIAN R. MARTINOTTI, USDJ
DATED: MARCH 1, 2021